IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 07-cv-00333-WDM-BNB      Date: October 29, 2007
Courtroom Deputy: Geneva D. Mattei      FTR BNB COURTROOM A401

JOHN BAREFIELD,      Gregg McReynolds

     Plaintiff,

v.

R.D. MOTORS,      Michelle Magruder

     Defendant.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:      8:35 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to compel plaintiff to cooperate in the discovery process by defendant (filed October 5, 2007; #20) is granted in part and denied in part as stated on the record. Supplemental discovery responses due on or before November 9, 2007.

Court in Recess      8:53 a.m.      Hearing concluded.

Total time in court:      00:18