IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00333-WDM-BNB

JOHN BAREFIELD,

Plaintiff,

v.

R.D. MOTORS, INC.,

Defendant.
_____

### ORDER
_____

This matter is before me on the defendant's **Motion to Compel Plaintiff to Cooperate in the Discovery Process** [Doc. # 20, filed 10/5/2007] (the "Motion to Compel").

I disapprove of the form of the Motion to Compel, which does not clarify the discovery in dispute and present argument as to it propriety. Instead, the defendant has attached as exhibits to the Motion to Compel copies of five letters exchanged between the parties pursuant to D.C.COLO.LCivR 7.1A. Apparently the defendant expects me to review the letters, determine what discovery remains at issue, and rule. It is not a judicial function to peruse correspondence between counsel to determine the matters in dispute and the parties' respective positions. That is the function of briefing.

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record this morning. The plaintiff shall serve supplemental discovery responses consistent with my order on or before **November 9, 2007**.

Dated October 29, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge