IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-00333-WDM-BNB | Date: January 30, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| JOHN BAREFIELD, | Gregg McReynolds |
| Plaintiff and Counter Defendant, | |
| v. | |
| R.D. MOTORS, | Michelle Magruder |
| Defendant and Counter Claimant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 1:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to compel plaintiff to comply with the Court's order of October 29, 2007 and compel plaintiff to respond to defendant's second set of requests for production of documents by defendant filed January 8, 2008;Doc 37 is granted in part and denied in part as stated on the record. The plaintiff 's supplemental responses are due on or before February 13, 2008.**

**ORDERED:** **Plaintiff's motion for protective order filed January 11, 2008; Doc 40 is denied as stated on the record. Discovery cut off is extended to take the deposition of Lance Kennoy. The deposition of Lance Kennoy shall occur within 30 days from today.**

**ORDERED:** **Motion for permission to file a reply in support of defendant's motion to compel plaintiff to comply with the court's order of October 29, 2007 and compel plaintiff to respond to defendant's second set of request for**

**production of documents (DKT. No. 37) by defendant filed January 28, 2008; Doc 49 is granted.**

Court in Recess       2:41 p.m.       Hearing concluded.

Total time in court:   01:10