IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00333-WDM-BNB

JOHN BAREFIELD,

Plaintiff,

v.

R.D. MOTORS, INC.,

Defendant.

_____

# ORDER

_____

This matter is before me on the following:

(1)     Defendant's **Motion to Compel Plaintiff to Comply With the June 5, 2008 Final Pretrial Order** [Doc. # 66, filed 6/30/2008] (the "Motion to Compel"); and

(2)     **Joint Motion for Extension of Time Within Which to File Objections to Trial Exhibits** [Doc. # 73, filed 7/10/2008] (the "Motion for Extension").

The plaintiff has complied with the requirements of the final pretrial order, although belatedly, rendering moot the Motion to Compel.  Any prejudice to the defendant resulting from the plaintiff's late compliance is easily remedied by granting the Motion for Extension.

IT IS ORDERED that the Motion to Compel is DENIED as moot.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED, and the parties may have to and including **July 21, 2008**, within which to file and serve the objections contemplated by Fed. R. Civ. P. 26(a)(3).

Dated July 17, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge