IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-00333-CMS-BNB

JOHN BAREFIELD,

    Plaintiff,

v.

R.D. MOTORS,

    Defendant.

---

**ORDER RESETTING TRIAL AND FINAL TRIAL PREPARATION CONFERENCE**

---

This matter comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the scheduled trial date. Therefore,

IT IS ORDERED that the five-day jury Trial set for March 23, 2009, at 8:30 a.m. is hereby rescheduled to **April 6, 2009, at 1:30 p.m.**, and a Final Trial Preparation Conference is set for **March 27, 2009, at 3:00 p.m.**

DATED: November 10, 2008.

                                BY THE COURT:

                                _____
                                Christine M. Arguello
                                United States District Judge