IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00333-CMS-BNB

JOHN BAREFIELD,

    Plaintiff,

v.

R.D. MOTORS,

    Defendant.

## ORDER RESETTING CASE FOR TRIAL

Pursuant to this Court's Order dated November 19, 2008 (Doc. # 91) and a telephone conference between Chambers and counsel, the above-captioned matter has been reset for a **five-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to begin on **March 16, 2009 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 6, 2009 at 8:30 a.m.**, in Courtroom A602. The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

    DATED: November __26__, 2008

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge