IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-00333-CMS-BNB

JOHN BAREFIELD,

    Plaintiff,

v.

R.D. MOTORS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 95). The Court, having considered the Stipulated Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: February  27 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge